**William Eric GREEN, Petitioner–Appellant,**

v.

**UNITED STATES of America, Respondent–Appellee.**

No. 13–14386

Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

April 15, 2015.

Ross Warren Bergethon, Bergethon, LLC, Atlanta, GA, for Petitioner–Appellant.

William Eric Green, Petersburg, VA, pro se.

R. Brian Tanner, Edward J. Tarver, U.S. Attorney's Office, Savannah, GA, for Respondent–Appellee.

Before WILLIAM PRYOR, JULIE CARNES and FAY, Circuit Judges.

PER CURIAM:

William Green, a federal prisoner, appeals the dismissal *sua sponte* of his third motion to vacate as untimely. *See* 28 U.S.C. § 2255(f). The district court issued a certificate of appealability on two issues: (1) "Whether *Stewart v. United States,* 646 F.3d 856 (11th Cir.2011), justifies equitable tolling of 28 U.S.C. § 2255(f)'s one year statute of limitations given Green's diligent pursuit of his claims both pre- and post–*Stewart*"; and (2) "Whether the *Stewart* decision itself constitutes a new fact that restarts the one year limitations period." But the certificate fails to identify an issue of constitutional magnitude. *See Spencer v. United States,* 773 F.3d 1132, 1137 (11th Cir.2014) (en banc). We vacate the certificate of appealability and remand for the district court to consider what claims, if any, in Green's motion "ma[k]e a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c).

**VACATED AND REMANDED.**